# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### JACKSON DIVISION

**ALLSTATE INSURANCE COMPANY**                                              **PLAINTIFF**

**VS.**                                              **CIVIL ACTION NO. 3:05CV669LS**

**FRANK MELTON, EARL PIERCE**
**and JIMMY SAXTON**                                              **DEFENDANTS**

## ORDER

This matter came before the court on Allstate Insurance Company's Motion to Compel Discovery Responses and the Deposition of Defendant Earl Pierce and its Motion to Extend Discovery and Dispositive Motion Deadlines, for which Allstate seeks expedited review. Given the nature of the request, the court is of the opinion that expedited review should be granted and a shortened briefing schedule set for these Motions, as will be reflected below.

With regard to the Motion to Extend, however, the court is not likely to grant the request without a change in the trial date. The proposed motion deadline of August 24 would mean that any dispositive motion would not likely be completely briefed before September 21, which is only three weeks prior to the pretrial conference. Due to the number of cases set on each trial calendar, the court requires that briefing on dispositive motions be complete at least six weeks prior to the pretrial conference, so that the District Judge and his staff have adequate time to review and rule on the motions prior to the pretrial conference. For that reason, the parties are advised that, if this extension is necessary, they should either agree to move this case to a new trial calendar or request permission from the District Judge to file a late dispositive motion.

IT IS, THEREFORE, ORDERED that Allstate Insurance Company's request for expedited review of its Motion to Compel Discovery Responses and the Deposition of Defendant Earl Pierce

and its Motion to Extend Discovery and Dispositive Motion Deadlines is hereby **granted**, as follows:

1. The Defendants shall respond to the Motion by Wednesday, July 19, 2006, at 5:00 p.m.

2. The Plaintiff shall submit any rebuttal by Friday, July 21, 2006, at 12:00 p.m.

IT IS SO ORDERED, this the 17th day of July, 2006.

                                            S/James C. Sumner
                                    UNITED STATES MAGISTRATE JUDGE