Pierce's motion for partial summary judgment is denied; and that Allstate's motion for summary judgment is granted.

    A separate judgment will be entered in accordance with Rule 58 of the Federal Rules of Civil Procedure.

    SO ORDERED AND ADJUDGED this 29th day of March, 2007.

                                      /s/Tom S. Lee
                                      UNITED STATES DISTRICT JUDGE